Kalil A. ALKASAB, Plaintiff–
Appellant,

v.

CLEVELAND STATE UNIVERSITY,
Defendant–Appellee.

Nos. 03–4435

United States Court of Appeals,
Sixth Circuit.

Feb. 15, 2005.

Denise J. Knecht, Cleveland, OH, for
Plaintiff–Appellant.

Alexander E. Goetsch, Michael C. Cohan, Cavitch, Familo, Durkin & Frutkin, Cleveland, OH, for Defendant–Appellee.

Before NORRIS, GIBBONS, Circuit Judges; and TODD, District Judge.*

MEMORANDUM OPINION

PER CURIAM.

Plaintiff, Kalil A. Alkasab, appeals from the district court's grant of summary judgment to defendant, Cleveland State University, in this employment discrimination case.

Having had the benefit of oral argument and having carefully considered the record

on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to defendant.

Because the reasoning which supports judgment for defendant has been articulated by the district court, the issuance of a detailed written opinion by this court would serve no useful purpose. Accordingly, the judgment of the district court is affirmed upon the reasoning employed by that court in its Order and Decision dated September 26, 2003.